**Order entered July 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00864-CV

## IN THE INTEREST OF S.H.V. AND P.J.V.C. CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-00307**

## ORDER

We **GRANT** appellant's July 19, 2013 motion for an extension of time to file a notice of appeal. The notice of appeal filed by appellant on May 30, 2013 is deemed timely for jurisdictional purposes.


/s/  CAROLYN WRIGHT
   CHIEF JUSTICE